# United States District Court
## Eastern District of Wisconsin

**RAYMON QUIROGA,**

        Plaintiff(s),

v.

**OLD PRODUCTS CO OF ILLINOIS,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 22-CV-390-SCD

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2), ECF No. 63 is **GRANTED.**

**IT IS FURTHER ORDERED** that the court **DISMISSES** the plaintiff's claims under the Fair Labor Standards Act **with prejudice** and **DISMISSES** the plaintiff's claims under Wisconsin's wage payment and collection laws **without prejudice**.

Approved: *[signature]*
STEPHEN C. DRIES
United States Magistrate Judge

Dated: March 19, 2025

GINA M. COLLETTI
Clerk of Court

*s/ K. Hubacz*
(By) Deputy Clerk